IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PAUL THOMAS SHAW | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv247 |
| MAURICE VILLASANA, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Paul Thomas Shaw, formerly an inmate at the Jefferson County Correctional Facility, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this action without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

The report and recommendation was based on plaintiff's failure to pay an initial partial filing fee, as ordered. While plaintiff subsequently demonstrated good cause for his failure to comply with the order, a recent order sent to plaintiff was returned to the court as undeliverable with the notation that plaintiff has been released or is no longer at the facility. A visit to the website for the Sheriff's Office of Jefferson County confirmed that plaintiff is no longer confined at the facility. *See* https://co.jefferson.tx.us/InmateSearch/. Plaintiff, however, has not provided the court with a current

address at which he may be contacted. Therefore, plaintiff has prevented the court from communicating with him. Thus, the action should be dismissed for want of prosecution pursuant to FED. R. CIV. P. 41(b).

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** to the extent it recommended dismissal. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the **16** day of **September, 2021.**

_____
Thad Heartfield
United States District Judge